**2**

Jack RACHEL v. STATE. (No. 8234.) (Court of Criminal Appeals of Texas. Oct. 8, 1924.) Appeal from District Court, Bowie County; Hugh Carney, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is transporting liquor; punishment fixed at confinement in the penitentiary for one year. No bills of exceptions are found in the record. The evidence, while conflicting, is sufficient to show that the appellant carried whisky a distance of several blocks on the public street and delivered it to the witness Young. There are circumstances suggesting that the appellant made a sale of this whisky to Young, and that he had been convicted for the offense of selling the identical whisky. There is no plea, however, of a previous conviction, and no request to submit that issue to the jury is found in the record. Therefore, in support of the judgment, we assume the present case to be an independent offense. The attorney originally selected was unavoidably absent, but the appellant appears to have been represented by other competent counsel. We have observed nothing in the record warranting a reversal. The judgment is therefore affirmed.

**3**

C. C. ADAMS et al. v. Quincy PUMPHRY et al. (Supreme Court of Arkansas. June 30, 1924.)᾽ Appeal from Union Chancery Court; J. Y. Stevens, Chancellor.

PER CURIAM. Appeal dismissed for non-compliance with rule 9.

**4**

Ben ALLEN, Sheriff, v. J. Zeno PLANT, Collector. (Supreme Court of Arkansas. March 17, 1924.) Appeal from White Chancery Court; W. D. Davenport, Special Chancellor.

PER CURIAM. Appeal dismissed on appellant's motion.

**5**

Dorsey ARNOLD v. Aaron HICKS. (Supreme Court of Arkansas. June 2, 1924.) Appeal from Union Chancery Court; J. Y. Stevens, Chancellor.

PER CURIAM. Appeal dismissed for non-compliance with rule 9.

**6**

Eberhard BARTSCH and Carl Carpenter v. STATE of Arkansas. (Supreme Court of Arkansas. Dec. 10, 1923.) Appeal from Circuit Court, Logan County, Northern District; James Cochran, Judge.

PER CURIAM. Affirmed for noncompliance with rule 10.

**7**

Anderson BEASLEY v. STATE of Arkansas. (Supreme Court of Arkansas. Oct. 15, 1923.)᾽ Appeal from Circuit Court, Newton County; J. M. Shinn, Judge.

PER CURIAM. Appeal dismissed on appellant's motion.

**8**

A. L. BETTES and L. D. Reed v. A. H. ANDRES et al. (Supreme Court of Arkansas. Oct. 8, 1923.) Appeal from Nevada Chancery Court; James D. Shaver, Chancellor.

PER CURIAM. Appeal dismissed for noncompliance with rule 9.

**9**

W. W. BROWN and C. I. Grayson v. John W. SEWELL and Arthur Sewell. (Supreme Court of Arkansas. June 9, 1924.) Appeal from Ouachita Chancery Court.

PER CURIAM. Appeal dismissed on appellants' motion.